IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RICHARD WRIGHT                                                                                    PLAINTIFF

v.                                    Case No. 6:14-CV-06115

SHERIFF ED HOLLINGSWORTH, Hots Springs County;
DEPUTY SHERIFF AMY MARTIN; and JOHN DOES 1-3                       DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed this same date, IT IS HEREBY ORDERED AND ADJUDGED that the motion for summary judgment (Doc. 10) filed by Defendants Sheriff Ed Hollingsworth and Deputy Sheriff Amy Martin is GRANTED and all claims against those Defendants are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that all claims against Defendants John Does 1 through 3 are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 5th day of February, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE